Howard COCKRUM *v.* STATE of Arkansas

RC 89-3                                                    763 S.W.2d 661

Supreme Court of Arkansas
Opinion delivered February 13, 1989

*Larry Dean Kissee,* for appellant.

No objection filed.

PER CURIAM. Appellant, Howard Cockrum, by his attorney, has filed for a rule on the clerk.

His attorney, Larry Dean Kissee, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.